FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE Middle District of Pennsylvania

(1) Arlando Story   51343-074
(Name of Plaintiff)    (Inmate Number)
FCI Allenwood
P.O.Box 2000   White Deer, PA 17887
(Address)

(2)_____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) C. Howard  (Warden)

(2) E. Stahl

(3) T. Cullen    (4) S. Gosa
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

FILED
SCRANTON

JUN 29 2020

PER _____
DEPUTY CLERK

_____
(Case Number)

CIVIL COMPLAINT

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
_____✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____N/A_____

_____

_____

1

## III DEFENDENTS

(4)   S. GIOSA

Employed as: (PA) Physician Assistant (at) Allenwood F.C.I

Mailing address: Allenwood F.C.I. P.O.Box 2500 White Deer, PA 17887

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies a each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C.   If your answer to "B" is Yes:

1. What steps did you take? (Rec # 978285-A1) final date 10-21-19

    Case # 1021531-F1

2. What was the result? Case # 978285-A1 was closed due to medical

    teansfee, case # 1021531-F1, waiting Response.

D.   If your answer to "B" is No, explain why not: _____ N/A _____

_____

## III.   DEFENDANTS

(1) Name of first defendant: _____ C. Howard _____

Employed as _Waeden_ at _Allenwood F.C.I._
Mailing address: _Allenwood F.C.I  P.O.Box 2500 White Deer, PA 17887_
(2) Name of second defendant: _____ E. Stahl _____
Employed as _Clinical Dieectoe_ at _Allenwood F.C.I._
Mailing address: _Allenwood F.C.I  PoBox 2500 White Deee, PA 17887_
(3) Name of third defendant: _____ T. Cullen _____
Employed as _Medical Doctoe_ at _Allenwood F.C.I_
Mailing address: _Allenwood F.C.I.  P.O.Box 2500 White Deee, PA 17887_
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On May 2nd, 2020, I fell off the top bunks latter teying

    to get down, due to my knee giving way I lost balance

    and hit the left side of my face on the floor, injueing

my left eye.

2.  When my Roommates contacted the Unit Officer, she proceeded to contact medical. On arrival (J. Freynik, EMTP) and (N. Snyder, RN) examined my injury then proceeded to glue and bandage my left eyebrow.

3.  Since my injury I started to experience severe headaches, blurry vision and swelling to my left eye upon waking every morning, but recieved no medical attention after submitting numberous emails/cop-outs to medical pretaining to my injury/pains until 6-11-20 when I was told by (PA) S. Gosa there was never records of my injury on May 2nd.

V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  I, the Plaintiff seek All Relief Available under the law, Including the Amount of $3,000,000.00 In Compensatory Damages

2.  $2,000,000.00 In Punitive Damages

3.  Including Attorney fees and cost, and all other Appropriate Relief.

IV   STATEMENT OF CLAIM

(4)     Claimant Asserts that Defendant's All knew
or Should have known that claimant had medical
complications and was transfered to their facility
to be future evaluated due to the "medical
transfer". Defendants denied medical treatment
and refuse to protect claimant from injury that
is cited in this application. Claimant at all times
requested a lower bunk due to his medical
complications.

            Claimant was Denied.

IV  STATEMENT OF CLAIM

(5)  Warden C. Howard is responsible for the overall operation and function of the prison. Warden Howard knew or should have known that claimant was transfered from other prison for the purpose of obtaining "Specialist" i.e. "orthopedist" Evaluation by sending Instition RayBrook, NY. Date of evaluation was 8-13-2019 by Medical provider K. Sorrell. Warden C. Howard was Negligent in not providing Claimant with the proper care, and due to this negligence, claimant substained injury.

(6)  Clinical Director E. Stahl is Responsible for the overall medical operations and medical Reviews and decision making. Director Stahl Knew or should have Known that claimant was transfered for the purpose of further orthopedic evaluation. Ms. Stahl failed to Review claimant's medical needs in which cause claimant to substain injury.

(7)  Dr. T. Cullen, Medical Doctor is responsible for the medical care and overall physical Examination of prisoner's, and the responsibleties of Evaluating and ordering the necessary care that is needed. Dr Cullen, evaluated claimant and Knew or should have known about claimant's Transfer for the purpose of obtaining

"Specialist - Orthopedic" Evaluation. Dr Cullen failed
and was negiligent in his disregard for this
Claimant's medical needs that resulted in his injury.

(8)        Physician Asistant (PA) S. Giosa is Responsible
 for "Immediate" medical Screening of this claimant.
(PA) GIOSA knew or should have known about claimant's
medical issues. In fact, (PA) GIOSA has seen claimant on
many medical visits, and has Refused to treat,
Discuss, or evaluated claimant's medical condition.
(PA) GIOSA has vehemently Refused claimant a Lower
bunk in order to protect claimant for the injury
he has suffered.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___23rd___ day of ___June_____, 20_20_.

_____
(Signature of Plaintiff)

4

Arlando Story #51343-074
Allenwood F.C.I. - medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

RECEIVED
SCRANTON

JUN 29 2020

PER_____
DEPUTY CLERK

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE          JUN 24 2020

HE ENCLOSED LETTER WAS PROCESSED THROUGH
CIAL MAILING PROCEDURES FOR FORWARDING TO
THE LETTER HAS BEEN NEITHER OPENED NOR
CTED IF THE WRITER RAISES A QUESTION OR
LEM OVER WHICH THIS FACILITY HAS
SDICTION, YOU MAY WISH TO RETURN THE
RIAL FOR FURTHER INFORMATION OR
RIFICATION. IF THE WRITER ENCLOSES
RESPONDENCE FOR FORWARDING TO ANOTHER
RESSEE, PLEASE RETURN THE ENCLOSURE TO THE
OVE ADDRESS.

UNITE

Mide
William

23

Scro

Legal Mail